IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

Civil Action No. 07-cv-00273-MSK-CBS

TRACY BALDO, Ph.D,

    Plaintiff,

v.

BOARD OF TRUSTEES OF THE UNIVERSITY OF NORTHERN COLORADO,

    Defendant.

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE CRAIG B. SHAFFER**

    IT IS HEREBY ORDERED that Defendant's Unopposed Motion to Vacate Settlement Conference (*doc. no. 17)* is **GRANTED**. The July 18, 2007, settlement conference is **VACATED**.

    Parties are directed to contact the court (303.844.2117) to reset the settlement conference following Plaintiff's deposition.

**DATED:**    June 29, 2007