IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-00273-MSK-KLM

TRACY BALDO, PhD,

Plaintiff,

v.

BOARD OF TRUSTEES OF THE UNIVERSITY OF NORTHERN COLORADO,

Defendant.

---

STIPULATED MOTION TO DISMISS WITH PREJUDICE

---

Plaintiff, Tracy Baldo, and Defendant, the Board of Trustees of the University of Northern Colorado, by and through their counsel, have stipulated and agreed that all claims filed on behalf of Plaintiff have been resolved and request this Court for an Order dismissing said claims with prejudice, each party to pay their own costs and attorney fees.

DATED this 12th day of December, 2007.

JOHN W. SUTHERS
Attorney General

*s/Alison Faryl Kyles*

Alison Faryl Kyles
Assistant Attorney General
Civil Litigation and Employment Law Section
Attorney for Defendants
1525 Sherman St., 7th Floor
Denver, CO 80203
Telephone: (303)866-5241
Facsimile: (303) 866-5443
alison.kyles@state.co.us

*s/Theodore J. Finn*

Theodore J. Finn
Lind, Lawrence & Ottenhoff, LLP
11409 Business Park Circle, Suite 110
Firestone, Colorado 80504
Telephone: (720) 494-4488
Facsimile: (720) 494-7766
ted@llolaw.com

CERTIFICATE OF SERVICE

This is to certify that I have duly served the within Stipulated Motion to Dismiss with Prejudice upon all parties herein by e-filing and/or by depositing copies of same in the United States mail, first-class postage prepaid, at Denver, Colorado, this 12th day of December, 2007 addressed as follows:

Theodore J. Finn
Lind, Lawrence & Ottenhoff, LLP
11409 Business Park Circle, Suite 110
Firestone, Colorado 80504
Telephone: (720) 494-4488
Facsimile: (720) 494-7766
Email: ted@llolaw.com

*s/Sally Ott*

Sally Ott